IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEAN NIETO and
MARY JANE RODRIQUEZ,

       Plaintiffs,

vs.                                                                                                          No. CIV 11-0099 JB/WDS

KEVIN SANCHEZ and ERIC KILMER, in their
individual capacities,

       Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on Plaintiffs Dean Nieto and Mary Jane Rodriquez' Stipulation of Dismissal with Prejudice, filed January 27, 2012 (Doc. 32)("Stipulation"). Plaintiffs Dean Nieto and Mary Jane Rodriquez stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal with prejudice of any and all claims which they brought or could have brought against Defendants Kevin Sanchez and Eric Kilmer. See Stipulation at 1. There not being any further issues for the Court to resolve, the Court enters final judgment.

**IT IS ORDERED** that the case is dismissed with prejudice and that final judgment is entered.

                                                                    _____
                                                                      UNITED STATES DISTRICT JUDGE

*Counsel*:

Paul J. Kennedy
Arne Leonard
Darin M. Foster
Kennedy & Han, P.C.
Albuquerque, New Mexico

       *Attorneys for the Plaintiffs*

Kathryn Levy
City of Albuquerque Legal Department
Albuquerque, New Mexico

    *Attorneys for Defendant Kevin Sanchez*

Shannon Robinson
Albuquerque, New Mexico

    *Attorney for Defendant Eric Kilmer*